# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Rhonda Bender,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Change Healthcare, LLC, and<br>Change Healthcare Operations, LLC,<br><br>　　　　　　Defendants. | Case No. _____<br><br><br>**DEFENDANT CHANGE<br>HEALTHCARE, LLC'S RULE 7.1<br>CORPORATE DISCLOSURE<br>STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Change

Healthcare, LLC provides the following as its Corporate Disclosure Statement:

McKesson Corporation and The Blackstone Group are the only entities that own

10% or more of Change Healthcare LLC's shares.


Dated:  October 27, 2017

**OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P. C.**


*s/ David Z. Feingold*
Cynthia A. Bremer, #273119
David Z. Feingold, #0398798
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN  55402
Telephone:  612.339.1818
Fax:  612.339.0061
cynthia.bremer@ogletree.com
david.feingold@ogletree.com
***Attorneys for Defendants Change
Healthcare, LLC, and Change Healthcare
Operations, LLC***

31543685.2